W. W. HATCH & SONS CO. et al. v. CITY OF MT. CLEMENS, MICH. (Circuit Court of Appeals, Sixth Circuit. November 10, 1916.) No. 2946. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Erskine & Lungerhausen, of Mt. Clemens, Mich., and Donnelly, Lyster, Brennan & Munro, of Detroit, Mich., for plaintiffs in error. John A. Weeks, of Mt. Clemens, Mich., for defendant in error. Dismissed on stipulation of counsel.